# United States District Court

EASTERN DISTRICT OF WISCONSIN

---

USA,

Plaintiff(s),

v. CASE NO. 12CR219

Michael Mangold,

Defendant(s).

---

## EXHIBITS RECEIVED BY CLERK OF COURT'S OFFICE

The undersigned hereby acknowledges receipt of exhibits entered as evidence in the above captioned case on behalf of:

☒ Plaintiff

☐ Defendant

An itemization of the exhibits submitted by the party(ies) indicated above, is attached to this document.

JON W. SANFILIPPO
Clerk of Court

Date: 10/23/14

By: s/C Bongel
Deputy Clerk