UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                      Case No.  12-cr-219-pp

MICHAEL NORBERT MANGOLD,

        Defendant,

and

SELF-HELP FEDERAL CREDIT UNION,

        Garnishee-Defendant.

## ORDER GRANTING MOTION FOR ENTRY OF ORDER OF GARNISHMENT (DKT. NO. 61)

On December 14, 2018, the plaintiff filed an application for a writ of garnishment. Dkt. No. 56. The clerk of court issued the writ that same day; the plaintiff indicates that it served the writ on the garnishee-defendant on December 17, 2018. Dkt. No. 61 at ¶2. The garnishee-defendant answered the writ on December 26, 2018, dkt. no. 60, indicating that the defendant had an account with the garnishee-defendant and that it had frozen the sum of Eighteen Thousand Seven Hundred Thirty and 86/100 ($18,730.86) until further order of the court. Id.

The plaintiff has filed a motion asking the court to enter an order of garnishment, asserting that the defendant remains indebted to the plaintiff in the sum of $333,858.34 and that as of the date of this order, the defendant has

1

not objected or asked for a hearing (although the deadline for doing so has passed). Dkt. No. 61.

The court **GRANTS** the plaintiff's motion for entry of order of garnishment. Dkt. No. 61.

The court **ORDERS** that the garnishee-defendant, Self-Help Federal Credit Union, shall pay to the plaintiff, the United States of America, the frozen sum of **Eighteen Thousand Seven Hundred Thirty and 86/100 ($18,730.86)** from the accounts currently held by the defendant at Self-Help Federal Credit Union.

The court **ORDERS** that the garnishee-defendant shall make the payment payable to "Clerk, U.S. District Court," include the defendant's case number (12-cr-219) on the draft and send it to Clerk of Court, U.S. District Court, 517 E. Wisconsin Avenue, Room 362, Milwaukee, Wisconsin 53202-4580.

Dated in Milwaukee, Wisconsin this 7th day of February, 2019.

                                      **BY THE COURT:**

                                      **HON. PAMELA PEPPER**
                                      **United States District Judge**